UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>    Plaintiff(s),<br><br>v.<br><br>M. PACHECO, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-00383-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On March 20, 2020, the Court screened Plaintiff's complaint and found it deficient. Docket No. 3 at 3–4. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend his complaint, requiring that an amended complaint be filed no later than April 16, 2020. *Id.* at 4. The Court warned Plaintiff that "**[f]ailure to comply with th[at] order w[ould] result in the recommended dismissal of this case**." *Id.* at 5 (emphasis in original). To date, Defendant has failed to file an amended complaint or any request to extend the deadline for filing one. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: April 24, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).