1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

9

| | |
|---|---|
| GEORGE A. TOLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| M. PACHECO; LAS VEGAS | ) |
| METROPOLITAN POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Case No.: 2:20-cv-00383-GMN-NJK

**ORDER**

10

11        Pending before the Court is the Report and Recommendation ("R&R") of United States

12   Magistrate Judge Nancy Koppe, (ECF No. 5), which recommends that the case be dismissed

13   without prejudice.

14        A party may file specific written objections to the findings and recommendations of a

15   United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

16   D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

17   determination of those portions to which objections are made. *Id*.  The Court may accept, reject,

18   or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

19   28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is

20   not required to conduct "any review at all . . . of any issue that is not the subject of an

21   objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

22   that a district court is not required to review a magistrate judge's report and recommendation

23   where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

24   1122 (9th Cir. 2003).

25        Here, no objections were filed, and the deadline to do so, May 8, 2020, has passed. (Min.

1  Order, ECF No. 5).

2      Accordingly,

3      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is

4  **ACCEPTED AND ADOPTED in full**.

5      **IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED without prejudice**.

6      **DATED** this __11__ day of May, 2020.

7

8  _____

9      Gloria M. Navarro, District Judge
    United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25